STATE of Missouri, Plaintiff/Respondent,

v.

James W. DAVIS, Defendant/Appellant.

No. 72516.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 16, 1998.

Susan W. McGraugh, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRAHAN, C.J., CRANE, P.J., and RHODES RUSSELL, J.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on the sentence and jury verdict finding him guilty of murder in the first degree, in violation of Section 565.020.1 RSMo (1994), and armed criminal action, in violation of Section 571.015 RSMo (1994). No error of law appears and no jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 30.25(b).